# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 16, 2019

The Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Miguel Angel Martinez**
19 Cr. 681 (NRB)

Dear Judge Buchwald:

I write, with the consent of the Government, to request an adjournment of the conference currently scheduled for Wednesday, December 18, 2019. This is the first such request.

I recently returned to the office after a month's absence following the passing of my mother and father in November of this year. As a result, I require additional time to review discovery with my client and discuss with him his options. I respectfully request an adjournment of the conference to a date that is convenient with the Court in early to mid-March, 2020.

I consent to the exclusion of time pursuant to The Speedy Trial Act.

Respectfully submitted,

*/s/ Amy Gallicchio*

Amy Gallicchio
Assistant Federal Defender
212-417-8728

cc: AUSA Emily Johnson

---

*Handwritten annotation:* The conference is adjourned until March 19, 2020 at 3:30 p.m. Speedy trial time is excluded. Naomi Reice Buchwald, USDJ 12/16/19