# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 16, 2020

The Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Miguel Angel Martinez**
19 Cr. 681 (NRB)

Dear Judge Buchwald:

I write, with the consent of the Government, to request an adjournment of the pretrial conference in the above captioned matter currently scheduled for March 19, 2020. As the Court is likely aware, due the public health crisis, on Sunday, March 15, 2020, Federal Defenders of New York instituted mandatory remote operations for all staff. As a result, and in addition to the need to slow the spread of COVID-19 through social distancing, I respectfully request an adjournment of at least 45 days or to a date the Court deems advisable. I consent to the exclusion of time pursuant to The Speedy Trial Act.

[Handwritten annotation: The conference is adjourned until May 12, 2020 at 3:30pm. Speedy trial time excluded.]

Respectfully submitted,

*/s/ Amy Gallicchio*

Amy Gallicchio
Assistant Federal Defender
212-417-8728

[Signed: Naomi Reice Buchwald, USDJ 3/18/20]

cc: AUSA Emily Johnson