

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 5, 2020

**BY ECF**

```
The status conference is rescheduled for July 14,
2020 at 12 pm.  Speedy trial time is excluded
through that date.  18 U.S.C. § 3161(h)(7)(A).
```

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated:  May 6, 2020
```

    Re:    *United States v. Miguel Angel Martinez,* **19 Cr. 681 (NRB)**

Dear Judge Buchwald:

    Due to the ongoing public health crisis, the Court adjourned a status conference scheduled for March 19, 2020, until May 12, 2020.  For substantially the same reason, including that the Government and Federal Defenders are continuing to work remotely, the parties write jointly to request an additional adjournment of approximately 60 days of the status conference presently scheduled for May 12, 2020.  There has been no change to the status of the case, and the parties anticipate that it will be possible to reach a disposition when some in-person operations resume.

    Should the Court grant the parties' joint adjournment request, the Government moves that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, from May 12, 2020 until the date of rescheduled status conference, to allow for the defendant to continue to review discovery and for the parties to continue discussing a pretrial disposition.  Defense counsel consents to the exclusion of time.

                                                Respectfully submitted,

                                               GEOFFREY S. BERMAN
                                               United States Attorney

                    By:    _____
                            Emily A. Johnson
                            Assistant United States Attorney
                            (212) 637-2409

cc:    Amy Gallicchio, Esq. (by ECF)