**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 10, 2020

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: **United States v. Miguel Angel Martinez**
     **19 Cr. 681 (NRB)**

Dear Judge Buchwald:

  I write, with consent of the Government, to respectfully request an adjournment of approximately sixty days of the status conference in the above referenced matter currently scheduled for September 16, 2020.[1]  As noted in the prior request for an adjournment, an anticipated disposition in this matter will require in-person meetings between the Government and Mr. Martinez, pursuant to 18 U.S.C. § 3553(f), which meetings are still not possible at this time due to the restrictions arising from COVID-19.

  Mr. Martinez consents to the exclusion of time under the Speedy Trial Act.

```
Application granted.  The status
conference is adjourned until
November 12, 2020 at 11:30 a.m.                Respectfully submitted,
Speedy trial time is excluded through
that date. 18 U.S.C. § 3161(h)(7)(A).           /s/ Amy Gallicchio
SO ORDERED.
                                                _____
       [signature]
       NAOMI REICE BUCHWALD                     Amy Gallicchio
       UNITED STATES DISTRICT JUDGE             Assistant Federal Defender
Dated:  New York, New York                      O: 212-417-8728
        September 10, 2020                      M: 917-612-3274
   Cc:  AUSA Emily Johnson
```

---

[1] I will be unavailable to appear for an in-person court appearance from November 16, 2020 through November 30, 2020.