

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 6, 2020

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Miguel Angel Martinez,* **19 Cr. 681 (NRB)**

Dear Judge Buchwald:

      A status conference in this matter is currently scheduled for November 12, 2020. The parties jointly respectfully request an adjournment of approximately sixty days. As noted in prior adjournment requests, the parties anticipate reaching a disposition in this matter following an in-person meeting between the defendant and the Government pursuant to 18 U.S.C. § 3553(f), which is currently not possible due to COVID-19 restrictions.

      Should the Court grant the parties' joint adjournment request, the Government moves that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, from November 12, 2020 until the date of rescheduled status conference, to allow for the defendant to continue to review discovery and for the parties to continue discussing a pretrial disposition. Defense counsel consents to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Emily A. Johnson
Assistant United States Attorney
(212) 637-2409

```
Application granted. The status
conference is adjourned until
January 12, 2020 at 11:30 a.m.
Speedy trial time is excluded through
that date. 18 U.S.C. § 3161(h)(7)(A).
SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
           November 6, 2020
  cc:    Amy Gallicchio, Esq. (by ECF)