**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 10, 2021

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Miguel Angel Martinez**
             **19 Cr. 681 (NRB)**

Dear Judge Buchwald:

    I write, with the consent of the government, to request an adjournment of the status conference in the above referenced matter currently scheduled for March 17, 2021.  Since the last request for an adjournment, the parties were able to satisfy the requisite conditions for safety valve consideration and the government has just conferred a plea offer.  Additional time is now required to consider that offer and prepare for an anticipated change of plea hearing.

    Therefore, I respectfully request an adjournment to a date in late April, 2020.  Mr. Martinez consents to the exclusion of time under the Speedy Trial Act.

```
Application granted.  The status
conference is adjourned until April
28, 2021 at 11:00 a.m.  The Court
excludes time under the Speedy
Trial Act through that date.  See
18 U.S.C. § 3161(h)(7)(A).
SO ORDERED.
```

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

Cc:    AUSA Emily Johnson

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
            March 11, 2021