**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 17, 2021

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   **United States v. Miguel Angel Martinez**
           **19 Cr. 681 (NRB)**

Dear Judge Buchwald:

    I write, with the consent of the government, to request a 30 day adjournment of the status conference in the above referenced matter currently scheduled for April 28, 2021. Within the last week, following ongoing plea discussions, the government conferred an amended plea offer to Mr. Martinez. As a result, additional time is required to discuss that offer with Mr. Martinez and prepare for an anticipated change of plea hearing.

    Mr. Martinez consents to the exclusion of time under the Speedy Trial Act.

```
Application granted. The status
conference is adjourned until May
27, 2021 at 11:00 a.m. The Court
excludes time under the Speedy
Trial Act through that date.  See
18 U.S.C. § 3161(h)(7)(A).
SO ORDERED.
```

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

Cc:    AUSA Emily Johnson

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:  New York, New York
          April 19, 2021