Case 1:19-cr-00681-NRB   Document 37   Filed 07/22/21   Page 1 of 1

**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 22, 2021

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Miguel Angel Martinez**
             **19 Cr. 681 (NRB)**

Dear Judge Buchwald:

    I write, with the consent of the Government, to request a 30-day adjournment of the status conference in the above referenced matter currently scheduled for July 27, 2021.

    The Government has extended Mr. Martinez a plea offer but, due to the demands of an ongoing trial that commenced on July 13, 2021 before the Honorable Alvin K. Hellerstein, I require additional time to prepare Mr. Martinez for a change of plea hearing. Furthermore, Mr. Martinez consents to proceed telephonically at the date set by the Court and has previously executed a waiver in that regard.

    Mr. Martinez consents to the exclusion of time under the Speedy Trial Act.

```
Application granted. The status
conference is adjourned until
August 25, 2021 at 12:00 p.m. The
Court excludes time under the
Speedy Trial Act through that
date. See 18 U.S.C. § 3161(h)(7)
(A).
SO ORDERED.
```

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

Cc:    AUSA Emily Johnson

*[Signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:  New York, New York
           July 22, 2021