**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 26, 2021

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Miguel Angel Martinez</u>
   **19 Cr. 681 (NRB)**

Dear Judge Buchwald:

I write, with the consent of the Government, to request a 3-week adjournment of the status conference (where it is expected that Mr. Martinez will change his plea) in the above referenced matter currently scheduled for August 27, 2021.

Mr. Martinez makes this request to accommodate his work schedule and to obtain his medical records which may be relevant to considerations at the time of a guilty plea.

Mr. Martinez consents to the exclusion of time under the Speedy Trial Act.

```
Application granted. The change-
of-plea hearing is adjourned until
September 20, 2021 at 12:00 p.m.
The Court excludes time under the
Speedy Trial Act through that
date. See 18 U.S.C. § 3161(h)(7)
(A).
SO ORDERED.
```

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

Cc: AUSA Emily Johnson

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       August 26, 2021