# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 20, 2021

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted. The sentencing hearing is adjourned until February 17, 2022 at 2:30 p.m. Defendant's submission is due January 24, 2022 and the Government's submission is due February 11, 2022. **SO ORDERED.**
>
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: New York, New York
> December 22, 2021

Re:   **United States v. Miguel Angel Martinez**
       **19 Cr. 681 (NRB)**

Dear Judge Buchwald:

I write, with the consent of the Government, to request a 30-day adjournment of the sentencing hearing and related sentencing submission deadlines[1] in the above referenced matter currently scheduled for January 18, 2022. Additional time is needed for the collection of letters and medical records in support of Mr. Martinez' sentencing recommendation to the Court.

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

Cc:   AUSA Emily Johnson

---

[1] The defense sentencing submission is currently due on December 23, 2021 and the Government's on January 12, 2022.